|   |   |
|---|---|
| 1 | BOURQUE LAW FIRM, P.C. |
| 2 | Arthur J. Bourque (No. 013773) |
|   | 1819 East Morten, Suite 280 |
| 3 | Phoenix, Arizona  85020 |
|   | Telephone: (602) 559-9550 |
| 4 | art@bourquelaw.com |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| NextGen Builders, LLC, | |
|---|---|
| Plaintiff, | Case No. |
| v. | **SUMMONS** |
| Platinum Builders Group LLC; Muse Architecture, LLC; Ridgestone Group LLC, | |
| Defendants. | |

TO: Platinum Builders Group LLC
c/o Matthew Randall, Statutory Agent
15546 W. Ventura Street
Surprise, AZ  85379

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur J. Bourque
Bourque Law Firm
1819 East Morten, Suite 280
Phoenix, Arizona 85020

1  If you fail to respond, judgment by default will be entered against you for the relief
2  demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____           _____
                                 Signature of Clerk or Deputy