1  BOURQUE LAW FIRM, P.C.
   Arthur J. Bourque (No. 013773)
2  1819 East Morten, Suite 280
   Phoenix, Arizona  85020
3  Telephone: (602) 559-9550
   art@bourquelaw.com
4
   Attorneys for Plaintiff
5

6                **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF ARIZONA**

8  NextGen Builders, LLC,

9           Plaintiff,                    Case No.

10      v.                                **SUMMONS**

11
   Platinum   Builders   Group   LLC;   Muse
12 Architecture, LLC; Ridgestone Group LLC,

13          Defendants.

14

15     TO:   Muse Architecture, LLC
             1116 NE 92nd Avenue
16           Vancouver, WA  98664-2425

17

18     A lawsuit has been filed against you.

19     Within 21 days after service of this summons on you (not counting the day you

20 received it) – or 60 days if you are the United States or a United States agency, or an officer

21 or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must

22 serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the

23 Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or

24 plaintiff's attorney, whose name and address are:

25     Arthur J. Bourque
       Bourque Law Firm
26     1819 East Morten, Suite 280
       Phoenix, Arizona 85020
27

28

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____        _____
                              Signature of Clerk or Deputy