BOURQUE LAW FIRM, P.C.
Arthur J. Bourque (No. 013773)
1819 East Morten, Suite 280
Phoenix, Arizona 85020
Telephone: (602) 559-9550
art@bourquelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| NextGen Builders, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Platinum Builders Group LLC; Muse Architecture, LLC; Ridgestone Group LLC,<br><br>    Defendants. | Case No.<br><br>**SUMMONS** |

TO:    Ridgestone Group LLC
          c/o Adam Kovacevic, Statutory Agent
          16035 N. 80th Street, Suite B
          Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Arthur J. Bourque
    Bourque Law Firm
    1819 East Morten, Suite 280
    Phoenix, Arizona 85020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____          _____
                                Signature of Clerk or Deputy